## UNITED STATE DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

GEORGIA DOUGLAS,                    CASE NO.: 8:26-cv-00538-MSS-LSG

      Plaintiff,

v.

COLUMBIA DEBT RECOVERY, LLC,
d/b/a GENESIS CREDIT, NATIONAL
CREDIT SYSTEMS, INC., EQUIFAX
INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., **PROFESSIONAL DEBT MEDIATION,**
JOEL LACKEY; and TRANSUNION, LLC,

      Defendants.

_____/

## DEFENDANT PROFESSIONAL DEBT MEDIATION, INC.'S NOTICE OF LEAD COUNSEL DESIGNATION

Defendant Professional Debt Mediation, Inc., ("PDMI"), pursuant to the Middle District of Florida Local Rule 2.02(a), hereby notifies the Court and all Counsel of Record of Erin T. Perry's designation as Lead Counsel for Professional Debt Mediation, Inc., in this action. Erin T. Perry is counsel of record and is duly registered to receive notices at eperry@orrcook.com.

1

RESPECTFULLY SUBMITTED this 29th day of May 29, 2026.

**ORR | COOK**

*/s/ Erin T. Perry*

_____

**Erin T. Perry, Esquire**
Florida Bar No.: 45097
eperry@orrcook.com
sbennett@orrcook.com
edocket@orrcook.com
50 N. Laura St., Ste. 1675
Jacksonville, Florida 32202
Telephone: (904) 358-8300
Facsimile: (904) 358-8303

*Counsel for Defendant,*
*Professional Debt Mediation,*
*Inc.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 29th day of May 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system. Notice of such filing will be sent to all attorneys of record in this matter.

**ORR | COOK**

*/s/ Erin T. Perry*

_____

**Erin T. Perry, Esquire**

2