## UNITED STATE DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

GEORGIA DOUGLAS,                          CASE NO.: 8:26-cv-00538-MSS-LSG

      Plaintiff,

v.

COLUMBIA DEBT RECOVERY, LLC,
d/b/a GENESIS CREDIT, NATIONAL
CREDIT SYSTEMS, INC., EQUIFAX
INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., **PROFESSIONAL DEBT MEDIATION,**
JOEL LACKEY; and TRANSUNION, LLC,

      Defendants.

_____/

## DEFENDANT PROFESSIONAL DEBT MEDIATION, INC.'S DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULE OF CIVIL PROCEDURE AND LOCAL RULE 3.03

Defendant Professional Debt Mediation, Inc. ("PDM"), through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, hereby files this Disclosure Statement as follows:

### Recusal Information

1.      If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

      Not applicable.

1

2.    Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

[]

3.    Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

[]

4.    If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

[]

5.    Identify any entity or natural person not already disclosed and likely to actively participate in this action.

[]

6.    Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

[]

## Citizenship Information

7.    If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

[]

2

8.      If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

[]

## Certificate

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

June 12, 2026.                                   */s/ Erin T. Perry*

_____

**Erin T. Perry, Esquire**
Florida Bar No.: 45097
**ORR | COOK**
eperry@orrcook.com
sbennett@orrcook.com
edocket@orrcook.com
50 N. Laura St., Ste. 2800
Jacksonville, Florida 32202
Telephone: (904) 358-8300
Facsimile: (904) 358-8303

*Counsel for Defendant,*
*Professional Debt Mediation,*
*Inc.*

3