UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGIA DOUGLAS,                    CASE NO.: 8:26-cv-00538-MSS-LSG

        Plaintiff,

v.

COLUMBIA DEBT RECOVERY, LLC,
d/b/a GENESIS CREDIT, NATIONAL
CREDIT SYSTEMS, INC., EQUIFAX
INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., PROFESSIONAL DEBT MEDIATION,
JOEL LACKEY; and TRANSUNION, LLC,

        Defendants.

_____/

## **DEFENDANT PROFESSIONAL DEBT MEDIATION, INC.'S CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES**

Defendant, Professional Debt Mediation, Inc., by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 26(a)(1), and Local Rules 26.1, hereby provides this Certificate of Service of Defendant's Rule 26(a)(1) Initial Disclosures upon the Plaintiff on June 12, 2026.

**ORR | COOK**

*/s/ Erin T. Perry*

_____

**Erin T. Perry, Esquire**
Florida Bar No.: 45097
eperry@orrcook.com
sbennett@orrcook.com

1

edocket@orrcook.com
50 N. Laura St., Ste. 2800
Jacksonville, Florida 32202
Telephone: (904) 358-8300
Facsimile: (904) 358-8303

*Counsel for Defendant,*
*Professional Debt Mediation, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of June, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system. Notice of such filing will be sent to all attorneys of record in this matter.

**ORR | COOK**

*/s/ Erin T. Perry*

_____

**Erin T. Perry, Esquire**
Florida Bar No.: 45097
*Counsel for Defendant,*
*Professional Debt Mediation,*
*Inc.*